# ELECTRONIC RECORD

COA # 05-13-01616-CR     OFFENSE: 22.011

STYLE: Charles Fredrick Bell v. The State of Texas     COUNTY: Collin

COA DISPOSITION: MODIFY     TRIAL COURT: 219th Judicial District Court

DATE: 04/10/2015     Publish: NO     TC CASE #: 219-80942-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Fredrick Bell v. The State of Texas     CCA #: 608-15

___PRO SE___ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___REFUSED___     JUDGE: _____

DATE: 09/16/2015     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**